FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2017 JUN 21 PM 1:52

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO. 8:17-cr-309T33JSS

21 U.S.C. § 841(a)(1)

GEORGE CALHOUN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 27, 2016, in the Middle District of Florida, the defendant,

GEORGE CALHOUN,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of carfentanil, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

On or about November 2, 2016, in the Middle District of Florida, the defendant,

GEORGE CALHOUN,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of carfentanil, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about November 8, 2016, in the Middle District of Florida, the defendant,

GEORGE CALHOUN,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of carfentanil, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1. The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to Title 21, United States Code, Section 853.

2. From his engagement in the violations alleged in Counts One through Three of this Indictment, said violation being punishable by imprisonment for more than one year, the defendant,

GEORGE CALHOUN,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any:

    (a) Property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and,

  (b)  Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

  (a)  cannot be located upon the exercise of due diligence;

  (b)  has been transferred or sold to, or deposited with, a third person;

  (c)  has been placed beyond the jurisdiction of the Court;

  (d)  has been substantially diminished in value; or

  (e)  has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL,

_____
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
Shauna S. Hale
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Gangs Section

T:\_Cases\Criminal Cases\C\Calhoun, George_2017R00863_SSH\f_indictment.docx

3

FORM OBD-34
June 17

No. 

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

GEORGE CALHOUN

## INDICTMENT

Violations:  21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 21st day of June 2017.

_____
Clerk

Bail $_____

GPO 863 525