UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:17-cr-309-T-33JSS

GEORGE CALHOUN

### FINAL ORDER OF FORFEITURE

The United States moves under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final order of forfeiture for a box of approximately 50 rounds of 9mm ammunition and approximately three rounds of 9mm ammunition, which was subject to an January 24, 2018 preliminary order of forfeiture (Doc. 69):

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from January 25, 2018 through February 23, 2018, the United States published at www.forfeiture.gov notice of the forfeiture and of the intent to dispose of the assets. (Doc. 71).   The publication notified each interested third-party to file a petition to adjudicate their interest (1) within sixty days of the first day of publication and (2) with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602.

In accord with 21 U.S.C. § 853(n), the United States properly noticed those known to have a potential interest in the assets.   Other than the defendant, whose interest was previously forfeited to the United States, no other persons filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The United States' motion is GRANTED. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are CONDEMNED and FORFEITED to the United States for disposition according to law.   Clear title to the assets now vests in the United States of America.

ORDERED in Tampa, Florida, on March 28, 2018.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record