**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:17-cr-309-WFJ-JSS | **DATE:** February 10, 2022 |
|---|---|
| **HONORABLE WILLIAM F. JUNG** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GEORGE CALHOUN** | **GOVERNMENT COUNSEL:**<br>Diego Fontes Novaes, AUSA |
| | **DEFENDANT COUNSEL:**<br>Michael P. Maddux, CJA |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 8:30 AM - 8:33 AM **TOTAL:** 3 Minutes | **COURTROOM:** 15B – Tele. |

**PROCEEDINGS:** TELEPHONIC STATUS CONFERENCE

Court called to order.

Counsel identified for the record.

Oral motion to continue by defense. No objections by the Government.

The Court **GRANTED** the motion to continue. Pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice served by such continuance outweigh the best interest of the public and the defendant in a speedy proceeding post-guilty plea; this time is, therefore, deemed EXCLUDABLE until sentencing.

Next Status Conference:    July 14, 2022 at 11:00 AM

Court adjourned.