**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:**   8:17-cr-309-WFJ-JSS | **DATE:**   July 14, 2022 |
| **HONORABLE WILLIAM F. JUNG** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GEORGE CALHOUN** | **GOVERNMENT COUNSEL:**<br>Diego Fontes Novaes, AUSA |
| | **DEFENDANT COUNSEL:**<br>Michael P. Maddux, CJA |
| **COURT REPORTER:**  Tracey Aurelio | **DEPUTY CLERK:**  Caleb Houston |
| **TIME:**  11:03 AM - 11:10 AM  **TOTAL:**  7 Minutes | **COURTROOM:**  15B - Tele |

**PROCEEDINGS:** TELEPHONIC STATUS CONFERENCE

Court called to order.

Counsel identified for the record.

For the reasons stated on the record the Court will schedule this matter for sentencing.

Sentencing will be scheduled by separate notice.

Court adjourned.