UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-309-WFJ-JSS

GEORGE CALHOUN

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Diego F. Novaes.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Shauna S. Hale
Shauna S. Hale
Assistant United States Attorney
Florida Bar No. 0881481
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: shauna.hale@usdoj.gov

U.S. v. Calhoun                                                                 Case No. 8:17-cr-309-WFJ-JSS

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Michael P. Maddux, Esq.

*/s/ Shauna S. Hale*
Shauna S. Hale
Assistant United States Attorney
Florida Bar No. 0881481
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: shauna.hale@usdoj.gov
