**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:17-cr-309-WFJ-JSS | **DATE:** August 18, 2022 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GEORGE CALHOUN** | **GOVERNMENT COUNSEL**<br>Shauna S. Hale, AUSA | |
| | **DEFENSE COUNSEL**<br>Michael P. Maddux, CJA | |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** | Caleb Houston |
| **TIME:** 2:30 PM – 3:04 PM **TOTAL:** 34 Minutes | **COURTROOM:** | 15B |
| | **PROBATION:** | Tashika Curtis |

**PROCEEDINGS:** CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Court called to order.

Counsel identified for the record.

Defendant sworn.

Defendant is adjudged guilty on Counts Four and Six of the Superseding Indictment.

Government counsel addressed the Court.

Defense counsel addressed the Court.

Defendant addressed the Court.

Imprisonment: **NINTY-SIX (96) MONTHS. This term consists of terms of 96 months on each of Counts Four and Six, all such terms to run concurrently.**

Supervised Release: **THREE (3) YEARS. This term consists of a 3-year term as to Count Four and a 3-year term as to Count Six, all such terms to run concurrently.**

Fine is waived.

Special Assessment: $200.00 to be paid immediately.

Special conditions of supervised release:

1. Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.  Failure to submit to a search may be grounds for revocation.

2. Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court's directive.  Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services.  During and upon completion of this program, Defendant is directed to submit to random drug testing.

3. Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant shall refrain from any unlawful use of controlled substances.  Defendant shall submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer.  Defendant shall submit to random drug testing not to exceed 104 tests per year.

The Court makes the following recommendations to the Bureau of Prisons:

- Defendant be incarcerated at FCI Jesup or the lowest possible custody available.
- Defendant be considered for the 500 Hour Residential Drug Abuse Program (RDAP), if eligible, or any appropriate substance abuse treatment and counseling program.

Defendant is remanded to the custody of the US Marshal.

In accordance with the Plea Agreement, it is ordered that Counts One, Two, Three and Five of the Superseding Indictment be dismissed. Furthermore, it is ordered that the underlying Indictment be dismissed as to this defendant.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 23 |
| Criminal History Category: | IV |
| Imprisonment Range | 70-87 months |
| Supervised Release Range | 3 years as to Count Four<br>1-3 years as to Count Six |
| Restitution: | N/A |
| Fine Range | $20,000.00 - $1,000,000.00 |
| Special Assessment | $200.00 |

Adjustments/changes to the PSR: Court adjourned.